ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Laughlin, Marinaccio & Owens, Inc. | ) | ASBCA No. 61563 |
| | ) | |
| Under Contract No. W9133L-08-D-0100 | ) | |

APPEARANCE FOR THE APPELLANT:          Rebecca E. Pearson, Esq.
                                       Venable LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Allen Stewart, JA
                                       Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 10, 2019



JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61563, Appeal of Laughlin, Marinaccio & Owens, Inc., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals